# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV12-01344 JAK (OPx) | Date | January 7, 2013 |
| Title | Susan Nicholson Hofheinz v. Amok Time Toys, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE ANSWER FILED BY DEFENDANT SPHEREWERX, LLC**

On December 28, 2012, Defendant, Spherewerx, LLC filed an Answer to the Complaint ("Answer"). Dkt. 30. The Answer was filed and signed by Joseph A. Sena, who is identified as the President of Spherewerx, LLC, which is identified in the Answer as a Limited Liability Company. As a Limited Liability Company, Defendant must be represented by counsel. There is no showing that Mr. Sena is a lawyer, or that, if he is a lawyer, he has been admitted to practice before this Court. Accordingly, the Court sets an Order to Show Cause Hearing for February 11, 2013 at 1:30 p.m. as to why Defendant's Answer should not be stricken. If a substitution of attorney and proposed order, or a notice of change of attorney information is filed prior to February 11, 2013, no appearance will be required at the February 11, 2013 hearing. If Defendant fails to retain counsel or appear at the February 11, 2013 hearing, the Court will strike Defendant's Answer. This could result in the entry of default as to Spherewerx, LLC.

**IT IS SO ORDERED.**

cc:   Joseph A. Sena
      56-03 203rd Street
      Oakland Gardens, NY 11364

      Joseph A. Sena
      170 Central Avenue, Unit 2
      Farmingdale, NY 11735

                                                                              :
                                                    Initials of Preparer   ak